# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 07-2832

_____

Sidney Lyles, III,                        *
                                       *

         Appellant,              *
                                       *   Appeal from the United States
     v.                        *   District Court for the Western
                                       *   District of Missouri.

Columbia Public School District;    *
Dr. Phyllis Chase, Superintendent;   *   [UNPUBLISHED]
Dr. Mary Laffey, Principal;        *
Debra Barksdale,              *
                                       *

         Appellees.             *

_____

Submitted: December 24, 2008
Filed: December 31, 2008

_____

Before WOLLMAN, SMITH, and GRUENDER, Circuit Judges.

_____

PER CURIAM.

Sidney Lyles appeals the district court's[1] dismissal with prejudice of his civil complaint for failure to comply with court orders. After careful review of the record and the parties' submissions, we conclude that the district court did not abuse its discretion and we affirm for the reasons stated in its order. See 8th Cir. Rule 47B. We also deny Lyles's pending motion and petition.

_____

_____

[1]The Honorable Nanette K. Laughrey, United States District Judge for the Western District of Missouri.